# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-1149**  **September Term, 2023**

EPA-86FR57585
EPA-85FR74890
EPA-83FR13745

**Filed On: March 14, 2024** [2044857]

Environmental Defense Fund, et al.,

     Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan,

     Respondents

------------------------------

Consolidated with 21-1033, 21-1039, 21-1259

## O R D E R

Upon consideration of EPA's unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. EPA is directed to file status reports at 90-day intervals beginning June 12, 2024. The parties are directed to file motions to govern future proceedings by December 2, 2024.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:    /s/
              Catherine J. Lavender
              Deputy Clerk