ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Environmental Defense Fund, Natural Resources Defense Council, and Sierra Club,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Michael S. Regan, in his capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | No. 18-1149 (consolidated with Nos. 21-1033, 21-1039, and 21-1259) |

## EPA's Status Report

As ordered by the Court on March 14, 2024, EPA files this status report.

Petitioners seek review of three related actions under the Clean Air Act: (1) EPA's memorandum "Project Emissions Accounting Under the New Source Review Preconstruction Permitting Program," 83 Fed. Reg. 13,745 (Mar. 30, 2018); (2) EPA's rule "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting," 85 Fed. Reg. 74,890 (Nov. 24, 2020); and (3) EPA's action "Denial of Petition for

1

Reconsideration and Administrative Stay: 'Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting,'" 86 Fed. Reg. 57,585 (Oct. 18, 2021). The three challenges have been consolidated and kept in abeyance. Order (Mar. 14, 2024); *see also* Orders (Feb. 17, 2021; Aug. 30, 2021; Sept. 17, 2021; Nov. 15, 2021; Mar. 3, 2022; Sept. 21, 2023).

EPA has initiated a rulemaking process to review the November 2020 rule and to consider potential revisions to its New Source Review regulations that would address issues raised by some Petitioners in an administrative petition for reconsideration. The proposed rule, "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Regulations Related to Project Emissions Accounting," was published in May. 89 Fed. Reg. 36,870 (May 3, 2024). The comment period closed on July 2, 2024. EPA is currently reviewing comments and will take further action as appropriate.

EPA's motion to govern is due on December 2, 2024. Order (Mar. 14, 2024).

Submitted on September 6, 2024.

                                               */s/ Sue Chen*
                                               Sue Chen
                                               U.S. Department of Justice
                                               Environment & Natural Resources Division
                                               Environmental Defense Section

P.O. Box 7611<br>
Washington, D.C. 20044<br>
Tel: (202) 305-0283<br>
Sue.Chen@usdoj.gov

## Certificate of Service

I certify that on September 6, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

/s/ Sue Chen<br>
Sue Chen