# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 18-1149** | **September Term, 2024** |
| | EPA-86FR57585 |
| | EPA-85FR74890 |
| | EPA-83FR13745 |
| | Filed On: December 16, 2024 [2089710] |

Environmental Defense Fund, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan,

    Respondents

------------------------------

Consolidated with 21-1033, 21-1039, 21-1259

# O R D E R

Upon consideration of EPA's unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by March 3, 2025.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:    /s/
              Catherine J. Lavender
              Deputy Clerk